**FILED**
TIME 3:30 PM
SEP 22 2021
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21CR101 |
| Plaintiff, | : | |
| | : | JUDGE J. BARRETT |
| v. | : | |
| | : | **INDICTMENT** |
| DAVID BRYERS, | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | 18 U.S.C. § 922(u) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Theft of Firearms)

On or about May 30, 2020, in the Southern District of Ohio, the defendant, **DAVID BRYERS**, did steal, unlawfully take, and carry away from the person and the premises of a person who is licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives to engage in the business of dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate commerce, to wit: the defendant stole a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HBE8234; a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HUD3449; a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FBF2984; a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FCD7805; a Smith & Wesson Model SD40VE .40 caliber pistol bearing serial number FCD8347; and a Sig Sauer, Model SP2022 9 millimeter pistol bearing serial number

24B120519, from the inventory of Arms and Accessories, located at 3400 Harrison Avenue, Cincinnati, OH 45211.

**In violation of Title 18, United States Code, Sections 922(u) and 2.**

## COUNT 2
### (Possession by a Prohibited Person)

On or about May 30, 2020, in the Southern District of Ohio, the defendant, **DAVID BRYERS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HBE8234; a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HUD3449; a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FBF2984; a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FCD7805; a Smith & Wesson Model SD40VE .40 caliber pistol bearing serial number FCD8347; and a Sig Sauer, Model SP2022 9 millimeter pistol bearing serial number 24B120519, and the firearms were in and affecting commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this Indictment, the defendant, **DAVID BRYERS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HBE8234;
- a Smith & Wesson Model M&P 9 millimeter pistol bearing serial number HUD3449;
- a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FBF2984;
- a Smith & Wesson Model SD9VE 9 millimeter pistol bearing serial number FCD7805;

- a Smith & Wesson Model SD40VE .40 caliber pistol bearing serial number FCD8347; and
- a Sig Sauer, Model SP2022 9 millimeter pistol bearing serial number 24B120519.

A TRUE BILL

\s\

**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**UNITED STATES ATTORNEY**

*Ashley N. Brucato*
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**

EG